UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-cv-21007-MGC

JJ ENTERTAINMENT WORLD, INC.,
a Florida corporation,

    Plaintiff,

v.

VRSENAL, INC., a Delaware corporation,
BEN DAVENPORT, KIRK SMITH and
GABE HALSMER,

    Defendants.
_____/

**DECLARATION OF KIRK SMITH**

    1.    I, Kirk Smith, am over 18 years of age, of sound mind, and competent to testify to the facts asserted in this declaration.

    2.    I am an individual Defendant and an officer of the corporate Defendant, VRsenal, Inc. ("VRsenal").

    3.    It was the failure by Plaintiff JJ Entertainment World, Inc. ("JJ") to make the investment contemplated by the Partners Agreement and promissory note which gave rise to this litigation. JJ failed and refused to make the investment, giving rise to a dispute. JJ has also failed and refused to negotiate in good faith over its refusal to make the $3 million equity investment. Rather, JJ simply directed VRsenal to JJ's prior attorney, who refused to provide any explanation for JJ's refusal to make the equity investment, even though VRsenal had repeatedly offered to sign Stock Purchase Agreements on terms proposed by JJ. Thereafter, JJ merely demanded increasingly onerous terms to restructure the loan, which seemed intended to crater the negotiations, demanding that all of VRsenal be put up as collateral for the loan and that JJ as a mere non-equity creditor be given control over VRsenal's business plans and business.

4. The Partners Agreement attached as Exhibit A to Defendants' motion to dismiss is a genuine and authentic copy of what it purports to be, a contract between JJ and the Defendants.

5. The promissory note attached as Exhibit B to the motion to dismiss is a genuine and authentic copy of what it purports to be, the last promissory note executed between VRsenal and JJ.

6. The Partners Agreement and Promissory Note both govern and apply to JJ's investment in VRsenal. They were related agreements that were part of the same negotiations and investment transaction. At all times prior to JJ's lawyer abruptly pulling the plug on the negotiations with no explanation as to why JJ decided not to make the $3 million equity investment, it was expected and discussed and agreed upon pursuant to the Note (and the three prior notes) that the Note would serve as a bridge loan to cover VRsenal's current cashflow requirements, all of which would ultimately be rolled into JJ's $3 million equity investment. It was disclosed to and known by JJ that VRsenal had no way to timely pay off the notes if JJ did not make the $3 million equity investment.

### VERIFICATION OF KIRK SMITH

I, Kirk Smith, on this 10th day of June, 2019, herby verify and declare under oath and under penalty of perjury pursuant to the laws of the United States of America and the State of Colorado that the foregoing is true and correct.

_____
Kirk Smith